UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH LEE,

    Plaintiff,

v.                                                                          CASE NO. 3:20cv5816-MCR-HTC

JEROME SLAUGHTER,
DAVID COTNER and
ARTHUR FRAISER,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 21, 2020. ECF No. 5. Plaintiff was provided a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. Plaintiff's complaint, ECF No. 1, is DISMISSED for failure to state a claim on which relief may be granted.

2. The clerk is directed to close this file.

**DONE AND ORDERED** this 9th day of November 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**